MIRIAM LÓPEZ (SBN 131560)
mlopez@BushGottlieb.com
ERICA DEUTSCH (SBN 204427)
edeutsch@BushGottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 91203-3345
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Plaintiff
Trustees of the Directors Guild of America
- Producer Health Plan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA - PRODUCER HEALTH PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS ELI TRBOVICH, an individual, and LINDA JOY LEVINE TRBOVICH, an individual,<br><br>Defendants. | CASE NO. CV12-03188-JEM<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Date: February 19, 2013<br>Judge: John E. McDermott |

Pursuant to the confession of judgment statement on file herein, the above-named court ordered the following judgment to be entered in the above-named cause:

\ \ \

\ \ \

\ \ \

313034.1 12001-22011

IT IS ADJUDGED that plaintiff Trustees of the Directors Guild of America – Producer Health Plan recover from defendant Thomas Eli Trbovich the following:

1. Principal in the amount of $123,450.74.

DATED: February 25, 2013

_____
Honorable John E. McDermott
United States District Court Judge

BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
500 North Central Avenue, Suite 800
Glendale, California 91203-3345